# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT COX

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2019 CW 0851

OCT 2 8 2019

---

In Re:  Robert Cox, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 678253.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.**  The district court is ordered to act on the petition for judicial review filed by relator, Robert Cox, on or before December 31, 2019, and to provide this court with a copy of its ruling by January 15, 2020.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_Ruriel Reed_
DEPUTY CLERK OF COURT
FOR THE COURT